EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Wendy Sue O'Neill | 2023 TSPR 101<br><br>212 DPR ___ |

Número del Caso: TS-10,661

Fecha: 4 de agosto de 2023

Representante legal de la parte peticionaria:

  Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
SALA DE VERANO I

*In re*:

Wendy Sue O'Neill    TS-10,661

Sala de Verano integrada por el Juez Asociado señor Martínez Torres, como su Presidente, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Colón Pérez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de agosto de 2023.

Atendida la *Moción acreditando cumplimiento de condiciones*, presentada por la Sra. Wendy Sue O'Neill, se provee lo siguiente:

Se readmite a la peticionaria al ejercicio de la abogacía en nuestra jurisdicción. Se le ordena a la Secretaría de este Tribunal que proceda a cambiar el estatus de la señora O'Neill a activo.

Se le instruye a la peticionaria que su solicitud para ser readmitida al ejercicio de la notaría será considerada tan pronto esta acredite haber prestado una fianza notarial vigente, de conformidad con el Artículo 7 de la Ley Notarial de Puerto Rico, 4 LPRA sec. 2011. Se le advierte, además, que está estrictamente prohibido ejercer la práctica notarial fuera de la jurisdicción territorial de Puerto Rico. Véase, Artículo 3 de la Ley Notarial de Puerto Rico, 4 LPRA sec. 2003.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo